UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NATOYA JOHNSON,**

    **Plaintiff,**

v.                                                                                          Case No.: 8:22-cv-2426-CEH-AAS

**WAL-MART STORES, EAST, LP,**

    **Defendant.**
_____/

**ORDER**

    Wal-Mart Stores, East, LP (Wal-Mart) filed a notice of expert witness disclosures. (Doc. 25).

    Unless discovery accompanies a motion for relief, parties are not to file any discovery on the docket. *See* Middle District Discovery (2021) at Section I.C ("Copies of written interrogatories, answers and objections to interrogatories, notices of oral depositions, transcripts of oral depositions, requests for the production of documents and other things, responses to requests for production, matters disclosed pursuant to Rule 26(a)(1), Federal Rules of Civil Procedure, requests for admissions, and responses to requests for admissions shall not be filed with the Court as a matter of course").

    Also, all requests for relief from the court are to be made in the form of a motion, and must comply with all other rules regarding motions. *See* Local

1

Rule 3.01(a), M.D. Fla. ("A motion must include — in a single document no longer than twenty-five pages inclusive of all parts — a concise statement of the precise relief requested, a statement of the basis for the request, and a legal memorandum supporting the request."). Wal-Mart's filing does not comply with the Local Rules or the Middle District Civil Discovery Handbook.

The Clerk is directed to **STRIKE** Wal-Mart's Notice (Doc. 25). If Wal-Mart seeks judicial relief, it must do so in the form of a motion that complies with applicable federal and local rules.

**ORDERED** in Tampa, Florida on July 20, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge